754 A.2d 553

IN THE MATTER OF DAVID ASSAD, JR., AN ATTORNEY AT LAW.

July 19, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **DAVID ASSAD, JR.**, of **CHERRY HILL**, who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 5.5(a) (practicing law while ineligible), and *Rule* 1:21–1(a) (failure to maintain a bona fide office), and good cause appearing;

It is ORDERED that **DAVID ASSAD, JR.**, is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.